WALTER C. SIMMONS, Respondent, v. FLORENCE R. SIMMONS, Appellant.— Order denying, on reargument, defendant's motion for examination and discovery and order denying motion for additional counsel fee affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

SUPERIOR FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, and Others, Appellants, v. GEORGE F. DRISCOLL COMPANY and Others, Respondents.— As to defendants George F. Driscoll Company and Callanan and McGinn, judgment unanimously affirmed, with costs. As to defendant Marino, judgment reversed on the law and the facts and a new trial granted, costs to abide the event, upon the ground that a *prima facie* case of negligence was made out by the proof which showed an unusual emission of smoke and sparks, sufficient to occasion the fire, which, the jury could infer, resulted from an improper handling of the steam shovel or from the absence of a protective screen. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

SAMUEL WERMAN, Respondent, v. MISHPOT REALTY CORPORATION, MEYER WATNICK, Defendants; DORA DEUTSCH and Others, Appellants.— Judgment modified by eliminating therefrom the determination that the assignment of the sum of $2,200 used in the purchase of jewelry by Watnick was fraudulent and that the jewelry is being held by the defendants Deutsch in trust for the corporation, and as so modified affirmed, without costs. Findings of fact numbered 17, 18, 19, 20, 21, 22 and 23, and conclusion of law numbered 6 are reversed. There is no proof in this case that the funds of the corporation were withdrawn by Watnick to purchase jewelry for appellant Lillian Deutsch, and there is no proof as to when the jewelry was purchased. We are of opinion that the finding that the corporation's money was withdrawn and invested in jewelry fraudulently conveyed to appellant Lillian Deutsch is unsupported by the evidence. Lazansky, P. J., Kapper, Hagarty and Tompkins, JJ., concur; Carswell, J., concurs except that he votes to further modify by eliminating defendant Lubelsky from the judgment.

CHAFIA ZALOOM, Landlord, Respondent, v. SIMON TOMASHOFF and MARTIN RICKLIN, Tenants, HERMAN MENDLOWITZ and MAURICE A. COHN, Assignees of the Tenants, Appellants, and CHARLES H. STAGE, JR., Assignee of the Tenants.— Order of Appellate Term affirming judgment of the Municipal Court, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.